# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BELYNDA MILES | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIV-16-240-R |
| | ) | |
| MICHELIN NORTH AMERICA, INC. | ) | |
|     Defendant | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Parties, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice any and all claims alleged against Defendant, including all claims that were or might have been asserted in this action.

The Parties further stipulate that each party shall be responsible for its own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 8th  DAY OF JUNE 2017.**

 /s/ Christine C. Vizcaino
Christine C. Vizcaino, OBA No. 30527
Mazaheri Law Firm, PLLC
3445 W. Memorial Rd. Ste. H
Oklahoma City, OK 73134
christine@mazaherilaw.com

 /s/ Stephanie Manning
(*signed by filing party with permission* )
Kristin M. Snyder
Stephanie Manning
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
500 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
Kristin.snyder@ogletreedeakins.com
Stephanie.manning@ogletreedeakins.com

1

## CERTIFICATE OF SERVICE

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 8th day of June, 2017.

Kristin M. Snyder
Stephanie Manning
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
500 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
Kristin.snyder@ogletreedeakins.com
Stephanie.manning@ogletreedeakins.com


/s/ Christine C. Vizcaino